IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VICTOR ALEXANDER GOMEZ CABEZAS, | § § | |
| *Petitioner*, | § § | |
| VS. | § § | CIVIL CASE NO. SA-26-CV-953-FB |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security; Department of Homeland Security, in Her Official Capacity; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement, in His Official Capacity; MIGUEL VERGARA, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement, in His Official Capacity; WARDEN OF SOUTH TEXAS ICE PROCESSING CENTER, Custodian of Detainees at the South Texas ICE Processing Center, in Their Official Capacity, | § § § § § § § § § § § § § § § | |
| *Respondents* | § | |

## ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT

Before the Court is the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 1) filed by Petitioner Victor Alexander Gomez Cabezas, who is currently detained in the South Texas ICE Processing Center in Pearsall, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondent. *See* FED. R. CIV. P. 4(i). Service should be directed to:

Stephanie Rico, the Civil Process Clerk
United States Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Warden, South Texas ICE Processing Center, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order.  Delivery by certified mail, return receipt requested, of those same documents will constitute sufficient service of process unless otherwise contested.  Service should be directed to:

> Warden,
> South Texas ICE Processing Center
> 566 Veterans Dr
> Pearsall, TX 78061.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5) days of the date of service.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated removal or transfer of Petitioner Victor Alexander Gomez Cabezas is IMMEDIATELY STAYED**[1] **until further order from this Court.  Respondents shall not transfer Petitioner Victor Alexander Gomez Cabezas outside of this judicial district during the pendency of this litigation and until further Order of this Court.**  Of course, this stay does not preclude Respondents from taking necessary steps to effect Petitioner's removal, it merely stays the physical removal or transfer of Petitioner.

It is so ORDERED.

SIGNED this 16th day of February, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] *See Maldonado v. Lyons,* Case No. 5:26-CV-0112-JKP, 2026 WL 196521196521, at *2 (W.D. Tex. Jan. 20, 2026) (stay of removal and transfer by Court is proper exercise of Court's inherent power to preserve ability to hear case and "address the matters raised in the instant habeas petition").